ALICE R. TAFT, as executrix, &c., respondent,

*v.*

MARY BELY et al., appellants.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *96 N. J. Eq. 120.*

*Messrs. Benny & Cruden,* for the respondent.

*Mr. Aaron A. Melniker,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance* — KALISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, CLARK, McGLENNON—7.

*For reversal*—THE CHIEF-JUSTICE, TRENCHARD, PARKER. MINTURN, BLACK, LLOYD, KAYS—7.